**Anthony ELLIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

### ED 102803

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: February 9, 2016

Matthew Huckeby, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Anthony Ellis appeals from the motion court's judgment denying his motion for post-conviction relief under Missouri Rule of Criminal Procedure 24.035 without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).